# EXHIBIT 2

BC Bell Mark

