# EXHIBIT 13

# Alumnae Weekend Email Chain

Get <u>Outlook for iOS</u>

---

**From:** Precious Lee <pdlee0559@gmail.com>
**Sent:** Wednesday, April 15, 2026 10:29:14 PM
**To:** Martina Gibbs-Dowdy <mgibbs.dowdy@Bennett.edu>
**Subject:** Fwd: Refund

Sent from my iPhone

Begin forwarded message:
Hello Bell Dowdy,

Thank you for your professionalism! The email I sent is after Bell Harper's email!

> **From:** Precious Lee <pdlee0559@gmail.com>
> **Date:** April 14, 2026 at 1:05:39 AM EDT
> **To:** Monica Blackwell-Harper <blackwellharper@gmail.com>
> **Subject: Re: Refund**

On Thu, Apr 9, 2026 at 8:51 PM Monica Blackwell-Harper <<u>blackwellharper@gmail.com</u>> wrote:

> Hello Bell Lee!
>
> Our AW Committee has decided that we will not issue refunds for AW registrations.  The website states "All sales are final".  We apologize for the inconvenience.
>
> Sisterly,
>
> Monica L. Blackwell-Harper
> On Apr 8, 2026, at 5:11 PM, Precious Lee <<u>pdlee0559@gmail.com</u>> wrote:
> >
> > Hello Bell Harper,
> >
> > I hope this email finds you well! The reason for this email is to ask what the process is to request a refund? I recently found out that the events I purchased on a credit card are for the BCNAA. I thought I was purchasing events on the Bennett campus!
> >
> > Thank you in advance for your assistance! Be Well
> >