**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| BENNETT COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>BENNETT COLLEGE NATIONAL ALUMNAE ASSOCIATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-CV-00409 |

## JOINT MOTION FOR BRIEF EXTENSION OF DEADLINE TO SELECT MEDIATOR

Plaintiff Bennett College ("Plaintiff"), with the consent of and jointly with Defendant Bennett College National Alumnae Association ("Defendant"), by and through their undersigned counsel, respectfully move the Court for a brief extension of the deadline to select a mediator, and in support state as follows:

1. The Court's Mediation Scheduling Order requires the parties to select a mediator by September 23, 2026, and to complete a mediated settlement conference by December 18, 2026.

2. Counsel for the parties conferred on September 21, 2026 regarding selection of a mediator and have identified a mutually acceptable candidate.

3. The parties' identification of the candidate remains subject to the completion of conflict checks and confirmation of the candidate's availability.

4. To allow time to complete those conflict checks and confirm availability, the parties jointly request a brief extension, through and including September 30, 2026, of the deadline to select a mediator, and anticipate notifying the Court of their selection on or before that date.

5. This motion is made jointly and with the consent of both parties, is not made for purposes of delay, and will not prejudice any party.

6. The requested extension will not affect any other deadline in this action. The parties do not seek to modify the December 18, 2026 deadline to complete the mediated settlement conference, and the extension will not affect the case-management or discovery schedule.

7. Good cause exists for the requested extension for the reasons stated above.

**WHEREFORE**, the parties respectfully request that the Court:

(a) Extend the deadline to select a mediator through and including September 30, 2026; and

(b) Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

This the 24th day of September, 2026.

**COUNSEL FOR PLAINTIFF BENNETT COLLEGE**
**THE BANKS LAW FIRM, P.A.**


By: */s/ Imani D. Hutty*
Imani D. Hutty
NC State Bar No. 64346
P.O. Box 14350
Research Triangle Park, NC 27709
Tel: (919) 281-9151
Fax: (919) 474-9537
Email: ihutty@bankslawfirm.com

Jesse H. Rigsby, IV
NC State Bar No. 35538
P.O. Box 14350
Research Triangle Park, NC 27709
Tel: (919) 474-9137
Fax: (919) 474-9537
Email: jrigsby@bankslawfirm.com

**FOX ROTHSCHILD LLP**

*/s/ Kimberly Bullock Gatling*
Kimberly Bullock Gatling
NC State Bar No. 27234
230 N. Elm St., Suite 1200
Greensboro, NC 27401
Tel: (336) 378-5356
Fax: (336) 378-5400
Email: kgatling@foxrothschild.com

*Attorneys for Plaintiff Bennett College*

**COUNSEL FOR DEFENDANT BENNETT COLLEGE NATIONAL ALUMNAE ASSOCIATION (With Consent)**

**CROWELL & MORING LLP**


By: */s/ Rashad Morgan*

Rashad Morgan
North Carolina Bar No. 48226
300 N. LaSalle Drive, Suite 2500
Chicago, IL 60654
Tel: (312) 840-3187
Email: Rmorgan@crowell.com

Keith Harrison
D.C. Bar No. 416755 (Pro Hac Vice)
600 Fifth Street NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: KHarrison@crowell.com

*Attorneys for Defendant Bennett College National Alumnae Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I electronically filed the foregoing Joint Motion for Brief Extension of Deadline to Select Mediator with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Imani D. Hutty*
Imani D. Hutty,
Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| BENNETT COLLEGE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-00409 |
| | ) | |
| v. | ) | |
| | ) | |
| BENNETT COLLEGE | ) | |
| NATIONAL ALUMNAE ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR BRIEF EXTENSION OF DEADLINE TO SELECT MEDIATOR

THIS MATTER comes before the Court upon the Joint Motion for Brief Extension of Deadline to Select Mediator filed by the parties. Having reviewed the motion and finding good cause shown,

**IT IS HEREBY ORDERED** that the parties' Joint Motion is **GRANTED**, and the deadline for the parties to select a mediator is extended through and including **September 30, 2026**.

**IT IS FURTHER ORDERED** that all other deadlines in this action, including the December 18, 2026 deadline to complete the mediated settlement conference, remain unchanged.

**IT IS SO ORDERED.**

This the ______ day of _____________, 20_____.

_______________________________________
Hon. Lindsey A. Freeman, United States District Judge